UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRANDON RIVERA,

Defendant.

**ORDER**

15 Cr. 233 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the Court will hold a hearing concerning Defendant Brandon Rivera's alleged violations of supervised release on **Thursday, June 9, 2022 at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 2, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge