UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRANDON RIVERA,

Defendant.

**ORDER**

15 Cr. 233 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Brandon Rivera's current counsel is relieved. (See Dkt. No. 309) The Government is directed to arrange for the appointment of substitute counsel pursuant to the Criminal Justice Act.

Dated: New York, New York
       June 3, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge