UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRANDON RIVERA,

Defendant.

**ORDER**

15 Cr. 233 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record today, the violation of supervised release proceeding as to Defendant Brandon Rivera is adjourned to **August 18, 2022 at 4:30 p.m.**, and will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Defense counsel will submit a letter by **July 15, 2022** reporting on the status of the parallel state proceedings.

Dated: New York, New York
       June 9, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge