UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>BRANDON RIVERA,<br><br>Defendant. | **ORDER**<br><br>15 Cr. 233 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Government's motion to dismiss the specifications regarding Defendant Brandon Rivera's alleged violation of supervised release is granted. (See Dkt. No. 326) Accordingly, the violation of supervised release proceeding currently scheduled for November 1, 2022 is cancelled.

Dated: New York, New York
October 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge